IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

VINCENT E. HARRELL,

        Plaintiff,

v.

CHARLES COLE, LON BECHER,
MICHAEL BAENEN, PETER ERICKSEN,
HAYLEY PUCKER, CATHY FRANCOIS,
MICHAEL MOHR, JEANANNE ZWIERS,
RICHARD HEIDORN, MARILYN VANDERKINTER,
KATHY LEMENS, MARK LESATZ,
TODD KAZIK, SCOTT LEURQUIN,
JOSEPH VERDEGAN, and WAYNE LAUFENBERG,

        Defendants.

ORDER

14-cv-92-jdp

---

On July 8, 2014, Magistrate Judge Stephen Crocker entered an order giving plaintiff until September 19, 2014, in which to file a motion to substitute the proper party in place of deceased defendant, Charles Cole. In addition, the court told plaintiff that if he failed to file such a motion, defendant Cole would be dismissed pursuant to Federal Rule of Civil Procedure 25. Plaintiff has not responded to the July 8 order. Therefore, defendant Cole will be dismissed from this action.

Because all of the defendants except defendant Cole have filed an answer to the complaint, the court will schedule a preliminary pretrial conference in this case so that a trial date and deadlines for moving this case to resolution may be set.

ORDER

IT IS ORDERED that defendant Charles Cole is DISMISSED from this action. The clerk of court is directed to schedule a preliminary pretrial conference to be held by telephone before Magistrate Judge Stephen Crocker.

Entered this 16th day of October, 2014.

BY THE COURT:
/s/

JAMES D. PETERSON
District Judge